UNITED STATES DISTRICT COURT
                              FOR THE
                        DISTRICT OF VERMONT

UNITED STATES OF AMERICA        :
                                :
                                :
          v.                    :    File No. 2:13 CR 131
                                :
HEATHER BROWN                   :
                                :

                                ORDER

    The Report and Recommendation of the United States Magistrate Judge was filed October 14, 2016. (Doc. 47.) After de novo review and absent objection, the Report and Recommendation is **AFFIRMED, APPROVED and ADOPTED**. *See* 28 U.S.C. §636(b)(1).  Heather Brown's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 (Doc. 43) is **DENIED**.

    Pursuant to Fed. R. App. P. 22(b), the Court **DENIES** petitioner a a certificate of appealability ("COA") because the petitioner failed to make a substantial showing of a denial of a constitutional right.  *See* 28 U.S.C. 2253(c)(2).  The Court rejects the petition on its merits because Brown has failed to demonstrate that reasonable jurists would find the Court's "assessment of the constitutional claims debatable or wrong." *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

    It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith

1

because such an appeal would be frivolous.  *See* 28 U.S.C. §1915(a).

    SO ORDERED.

    Dated at Burlington, in the District of Vermont, this 3rd day of November, 2016.

                                            /s/ William K. Sessions III
                                            William K. Sessions III
                                            U.S. District Court Judge